IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. DNCW1:11CR19 |
| v. ) | (Financial Litigation Unit) |
| ) | |
| GEORGE LEWIS SURRATT ) | |

WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and the Plan Administrator for the Meritor, Inc. Savings Plan:

A judgment was entered on February 7, 2001, in the United States District Court for the District of South Carolina in favor of the United States of America and against Defendant, George Lewis Surratt, whose last known address is                  , Kings Mountain, North Carolina 28086, in the sum of $5,783.10. The judgment orders defendant to pay interest on the restitution obligation until the debt is satisfied. Jurisdiction of the case was transferred to the Western District of North Carolina on February 22, 2011. The outstanding balance on the account as of September 20, 2013, is $7,537.09.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property, and the Plan Administrator for the Meritor, Inc., Savings Plan is commanded to turn over property in which Defendant, George Lewis Surratt, Social Security Number    -9238, has a substantial non-exempt interest, said property being any and all funds located in the employee retirement account held in the name of Defendant by the following: Plan Administrator for the Meritor, Inc. Savings Plan, 2135 West Maple Road, Troy, Michigan 48084, Attention: Eric Mahler, Assistant General Counsel.

Signed: September 23, 2013

Dennis L. Howell
United States Magistrate Judge